UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO VAZQUEZ-COSGUALA,<br><br>Defendant. | CASE NO. MJ 10-295<br><br>DETENTION ORDER |

Offense charged:

    Alien, previously arrested and deported from United States, found again in United States after knowingly and voluntarily re-entering, without express consent of Department of Homeland Security.

Date of Detention Hearing: July 8, 2010

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

1  condition or combination of conditions which defendant can meet will reasonably assure the

2  appearance of defendant as required and the safety of any other person and the community.

3  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

4  (1)  Defendant is reportedly a citizen of Mexico.

5  (2)  The United States alleges that his presence in this country is illegal.  There is an

6  immigration detainer pending against him.  The issue of detention in this case is

7  therefore essentially moot.

8  (3)  Defendant and his counsel offered nothing in opposition to the entry of an order of

9  detention.

10  (4)  Upon advice of counsel, defendant declined to be interviewed by this court's pretrial

11  services officer.  There is therefore limited information available about him.

12  (5)  Defendant was convicted in Washington in 2009 of Conspiracy to Deliver Cocaine,

13  and sentenced to 50 days of imprisonment.

14  It is therefore ORDERED:

15  (1)  Defendant shall be detained pending trial and committed to the custody of the

16  Attorney General for confinement in a corrections facility separate, to the extent

17  practicable, from persons awaiting or serving sentences or being held in custody

18  pending appeal;

19  (2)  Defendant shall be afforded reasonable opportunity for private consultation with

20  counsel;

21  (3)  On order of a court of the United States or on request of an attorney for the

22  Government, the person in charge of the corrections facility in which defendant is

23  confined shall deliver the defendant to a United States Marshal for the purpose of an

24  appearance in connection with a court proceeding; and

25
DETENTION ORDER - 2
26  18 U.S.C. § 3142(i)

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of July, 2010.

_John L. Weinberg_
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)